IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
FEB 14 2020
Clerk, U.S. Courts
District Of Montana
Missoula Division

| | |
|---|---|
| CASEY TATE,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC STEEL & RECYCLING, INC., PACIFIC STEEL & RECYCLING BENEFITS PLAN, WebTPA EMPLOYER SERVICES, LLC, and JOHN DOES 3-10,<br><br>Defendants. | CV 19–148–M–DWM<br><br>ORDER |

The parties having filed a stipulated motion for dismissal with prejudice (Doc. 15),

IT IS ORDERED that the motion is GRANTED. The above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 14th day of February, 2020.

Donald W. Molloy, District Judge
United States District Court